JEFFRIES v. STATE. (8 Div. 22.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. R. E. Smith, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

(96 South. 941)

JENNINGS v. STATE. (6 Div. 216.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

SAMFORD, J. Affirmed.

(96 South. 941)

JOHNSON v. CITY OF TUSCALOOSA. (6 Div. 124.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed, on authority of Craig v. City of Birmingham, 14 Ala. App. 630, 71 South. 983; Washington v. Tuscaloosa, ante, p. 228, 96 South. 464.

FOSTER, J., not sitting.

(98 South. 923)

Vina JOHNSON v. CITY OF TUSCALOOSA. (6 Div. 173.) (Court of Appeals of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 923)

Vina JOHNSON v. CITY OF TUSCALOOSA. (6 Div. 174) (Court of Appeals of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(94 South. 925)

JOHNSON v. STATE. (6 Div. 71.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; S. F. Hobbs, Judge.

MERRITT, J. Appeal dismissed.

(98 South. 923)

Ida Lee JOHNSON v STATE. (6 Div. 171.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Appeal dismissed.

(99 South. 926)

Jesse JOHNSON v. STATE. (8 Div. 104.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

(95 South 925)

JONES v. STATE. (2 Div. 264.) (Court of Appeals of Alabama. March 6, 1923.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge.

SAMFORD, J. Appeal dismissed.

(95 South. 925)

JONES v. STATE. (5 Div. 428.) (Court of Appeals of Alabama, April 17, 1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed.

(96 South. 941)

JONES v. STATE. (8 Div. 95.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from County Court, Morgan County; W. T. Lowe, Judge.

FOSTER, J. Affirmed.

(98 South. 924)

Harley JONES v. STATE. (6 Div. 333.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; Chas. P Almon, Judge. Prosch & Prosch, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

(98 South. 924)

Stokes JONES v. STATE. (6 Div. 332.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Jefferson County; Chas. P. Almon, Judge.

BRICKEN, P. J. Affirmed.

(99 South. 926)

Percy JONES v. STATE. (8 Div. 100.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Violating prohibition law

FOSTER, J. Appeal dismissed.

(95 South. 925)

JORDAN v. STATE. (6 Div. 121.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Affirmed.

(98 South. 924)

Will JORDAN v. STATE. (4 Div. 873.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Prosecution for distilling.

SAMFORD, J. No bill of exception; no error in the record. Affirmed.